IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KARI L. MANNING,

Plaintiff,

vs.

CITY OF SUPERIOR, NEBRASKA, ANDREW BRITTENHAM, City Administrator, Individually and in his Official Capacity; and RICK DISNEY, Individually and Officially;

Defendants.

**4:26CV3336**

**MEMORANDUM AND ORDER**

Before the Court is Plaintiff's Motion for Leave to Proceed in Forma Pauperis. Filing No. 2. Plaintiff is employed and states her gross pay or wages are $16.50, which the Court assumes means $16.50 per hour. Plaintiff states she just started with her current employer, it is "unknown what the take-home pay will be," and her first pay date is October 7, 2026. Filing No. 2 at 1. Plaintiff also states she has over $15,000 in cash or in a checking or savings account. Given the amount of cash she has on hand and the fact that she is currently employed, it does not appear her listed expenses would impact her ability to pay the relatively modest filing fee associated with filing a claim in federal court. Accordingly, the Court will deny Plaintiff's Motion, but the denial is without prejudice to Plaintiff filing a new motion that provides more complete information about her employment income to the extent that such information would suggest that Plaintiff is unable to pay the Court's fees.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Leave to Proceed in Forma Pauperis, Filing No. 2, is denied without prejudice to reassertion.

2. Plaintiff shall pay the $405.00 filing fee within 30 days of the date of this order.

3. Failure to comply with this order will result in this matter being dismissed without prejudice and without further notice.

4. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **November 5, 2026**: deadline for Plaintiff to pay $405.00 filing fee.

Dated this 6th day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge