IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KARI L. MANNING,

Plaintiff,

vs.

CITY OF SUPERIOR, NEBRASKA, ANDREW BRITTENHAM, City Administrator, Individually and in his Official Capacity; and RICK DISNEY, Individually and Officially;

Defendants.

**4:26CV3336**

**MEMORANDUM AND ORDER**

On October 6, 2026, the Court ordered Plaintiff to pay the $405.00 filing and administrative fees within 30 days or face dismissal of this action. Filing No. 5. To date, Plaintiff has not paid the fees or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 17th day of November, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge